(June 5, 1987)

■ LEO WALICKE, Appellant, v RICHARD T. WALICKE, Doing Business as MULBERRY PARK CONSTRUCTION, Respondent.—Mo-

tion denied, without costs and without prejudice to a motion by plaintiff to the court of original instance for reargument, renewal and/or reconsideration *(see, Foley v Roche,* 86 AD2d 887). Mahoney, P. J., Main, Weiss, Mikoll and Levine, JJ., concur.